No. 68491.—American Import Co. and Wheeler & Miller *v.* United States, protests· 63/123 and 63/1381 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the· merchandise consists of bead chains similar in all material respects to those· the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the· claim of the plaintiffs was sustained.

No. 68492.—The American Import Company *v.* United States, protests 306829-K,. etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the· merchandise consists of paperweights similar in all material respects to those· the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68493.—The Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests· 61/14612, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that· the merchandise consists of rotary lawn sprinklers or metal parts thereof similar· in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.